1

JS-6

2

UNITED STATES DISTRICT COURT

3

CENTRAL DISTRICT OF CALIFORNIA

4

SOUTHERN DIVISION

| | |
|---|---|
| 5  MARY TOLARO, individually and<br>6  derivatively on behalf of ALLERGAN,<br>    INC. | )  Case No. 8:14-cv-01800-DOC (ANx)<br>) |
| 7                      Plaintiff, | )  **Order Granting Plaintiff Mary**<br>)  **Tolaro's Unopposed Request for**<br>)  **Voluntary Dismissal of Action** |
| 8            vs. | )  **Without Prejudice Pursuant to**<br>)  **F.R.C.P. 23.1 [23]** |
| 9  DEBORAH DUNSIRE, MICHAEL R.<br>    GALLAGHER, TREVOR M. JONES,<br>10 LOUIS J. LAVIGNE, JR., PETER J.<br>    McDONNELL, KARAH H.<br>11 PARSCHAUER, TIMOTHY D.<br>    PROCTOR, DAVID E.I. PYOTT,<br>12 RUSSELL T. RAY, and HENRI A.<br>    TERMEER, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| 13                    Defendants, | ) |
| 14           vs. | )<br>) |
| 15 ALLERGAN, INC., a Delaware<br>    corporation, | )<br>) |
| 16                    Nominal Defendant. | )<br>) |
| 17 | ) |

18

19

20

21

22

23

24

25

26

27

28

1    This matter came before this Court on plaintiff Mary Tolaro's ("Plaintiff")
2  Unopposed Request for Voluntary Dismissal Pursuant to F.R.C.P. 23.1.  Having read
3  Plaintiff's moving papers and the supporting Declaration of Francis A. Bottini, Jr. in
4  Support of Plaintiff's Unopposed Request for Voluntary Dismissal, the Court issues
5  the following ruling:
6    IT IS HEREBY ORDERED THAT this action is ordered dismissed without
7  prejudice.
8    IT IS SO ORDERED.
9
10  DATED: February 11, 2015    _David O. Carter_
                                 _____
11                               THE HONORABLE DAVID O. CARTER
                                 UNITED STATES DISTRICT COURT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1