JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MARY TOLARO, individually and derivatively on behalf of ALLERGAN, INC.<br><br>　　　　　Plaintiff,<br>　vs.<br><br>DEBORAH DUNSIRE, MICHAEL R. GALLAGHER, TREVOR M. JONES, LOUIS J. LAVIGNE, JR., PETER J. McDONNELL, KARAH H. PARSCHAUER, TIMOTHY D. PROCTOR, DAVID E.I. PYOTT, RUSSELL T. RAY, and HENRI A. TERMEER,<br><br>　　　　　Defendants,<br>　vs.<br><br>ALLERGAN, INC., a Delaware corporation,<br><br>　　　　　Nominal Defendant. | Case No. 8:14-cv-01800-DOC (ANx)<br><br>**Order Granting Plaintiff Mary Tolaro's Unopposed Request for Voluntary Dismissal of Action Without Prejudice Pursuant to F.R.C.P. 23.1 [23]** |

1  This matter came before this Court on plaintiff Mary Tolaro's ("Plaintiff")
2  Unopposed Request for Voluntary Dismissal Pursuant to F.R.C.P. 23.1.  Having read
3  Plaintiff's moving papers and the supporting Declaration of Francis A. Bottini, Jr. in
4  Support of Plaintiff's Unopposed Request for Voluntary Dismissal, the Court issues
5  the following ruling:

6  IT IS HEREBY ORDERED THAT this action is ordered dismissed without
7  prejudice.

8  IT IS SO ORDERED.

10  DATED: February 11, 2015      _____
11                                  THE HONORABLE DAVID O. CARTER
                                    UNITED STATES DISTRICT COURT JUDGE